|   |   |
|---|---|
| 1 | SEDGWICK LLP |
|   | Charles Sheldon (State Bar No.155598) |
| 2 | charles.sheldon@sedgwicklaw.com |
|   | Derek Johnson (State Bar No.220988) |
| 3 | derek.johnson@sedgwicklaw.com |
|   | Allison Low (State Bar No.273202) |
| 4 | allison.low@sedgwicklaw.com |
|   | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
|   | San Francisco, CA 94105-1008 |
| 6 | Telephone: 415.781.7900 |
|   | Facsimile: 415.781.2635 |

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of DONALD FOUNDS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>Defendant. | Case No. 3:11-cv-02212-JSW<br><br>**VACATING [PROPOSED] ORDER** ~~TO CONTINUE~~ **THE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 26, 2011** |
|---|---|

On August 22, 2011, the parties to this action filed a Stipulation and Request for an Order to Continued the Case Management Conference Set for August 26, 2011. The Stipulation set forth the following facts:

1. On August 8, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, transferred the above-referenced matter to the Eastern District of Pennsylvania, under Consolidate Case No. MDL No. 875, and assigned Case No. 2:11-cv-67265. This transfer was in accordance with the JPML's Conditional Transfer Order No. 427, issued July 28, 2011.

//

SF/2342921v1

2. The parties agree that the JPML has entered a transfer order, however, the Court has not yet received the Certified Transfer Order from the JPML. Further, it is likely the date set for the Case Management Conference will pass before this Court receives the Certified Transfer Order.

3. ~~The parties agree that the Case Management Conference set for August 26, 2011 at 1:30 p.m. at the United States District Court for the Northern District of California, Courtroom 11, should be continued to September 30, 2011.~~

THEREFORE, IT IS HEREBY ORDERED that the Case Management Conference set for August 26, 2011 is VACATED. ~~The Case Management Conference shall be continued to September 30, 2011.~~ The Court finds a continuance unnecessary. If either party believes that a case management before this Court is necessary, it may file a request to have the matter placed on calendar.

DATED: August 23, 2011

_____
Hon. Jeffrey S. White

SF/2342921v1

2
[PROPOSED] ORDER TO CONTINUE THE CMC