BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of DONALD FOUNDS, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), *et al.*, <br><br> Defendants. | No. 3:11-cv-02212-CRB <br><br> ORDER GRANTING PLAINTIFF'S REQUEST TO RESTORE PARTIES TO THE DOCKET |

Plaintiff's notice of docket error and request to restore parties to the docket was received and considered by the above-captioned Court. Based upon the papers filed herein, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiff's Request to Restore parties to the Docket be, and hereby is, GRANTED.

Dated: September 22, 2014

Judge of the U.S. District Court
Northern District of California