UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS,<br><br>    Plaintiff.<br><br>    v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>    Defendants. | Case No. 11-cv-02212-CRB   (JSC)<br><br>**ORDER RE: SETTLEMENT STATUS** |

This action has been referred to Magistrate Judge Joseph C. Spero and Magistrate Judge Jacqueline Scott Corley for settlement purposes. According to the docket, the remaining defendants are: Foster Wheeler LLC, Bath Iron Works Corp., Puget Sound Commerce Center, Inc., and Huntington Ingalls Inc.

The parties are ordered to do the following:

1. Plaintiff(s) shall make a demand in writing for settlement to each defendant on or before **June 5, 2015.** If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

2. Each defendant shall respond in writing to Plaintiff's demand within two weeks of receiving the demand.

3. Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4. If the case is not resolved by the negotiations, each party in each case shall prepare Settlement Conference Statements which must be LODGED with Judge Corley's Chambers (NOT electronically filed) on or before **July 17, 2015.** Please 3-hole punch the document at the left side. Each party shall also submit their Settlement Conference Statement in .pdf format and email their

1  statement to JCSPO@cand.uscourts.gov and JSCPO@cand.uscourts.gov.

2      5.    Upon the Court's review of the Statements, the Court will contact the parties
3  regarding a date for an in-person settlement conference.

4      6.    The Court understands that Plaintiffs and defendant Foster Wheeler LLC and
5  Plaintiffs and defendant Huntington Ingalls Inc. may be negotiating the resolution of this case as
6  part of a package resolution. If that is the case, these defendants do not have to comply with the
7  above schedule. If, however, this case is not part of the package negotiation then Plaintiff and
8  these defendants must comply with the above schedule.

9  **IT IS SO ORDERED.**

10 Dated: May 22, 2015

11 _____
12 JACQUELINE SCOTT CORLEY
   United States Magistrate Judge