UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNTINGTON INGALLS, et al.,<br><br>    Defendants. | Case No. 11-cv-02212-CRB   (JSC)<br><br>**ORDER REGARDING BRAYTON PURCELL SETTLEMENT NEGOTIATIONS WITH HUNTINGTON INGALLS**<br><br>This Order Also Applies To:<br>**Quiroz-Greene, 11-5133 CRB**<br>**Salisbury, 12-3260 CRB**<br>**Duenas, 12-714 CRB**<br>**Filer, 12-514 CRB** |

    Plaintiffs in the above cases and Defendant Huntington Ingalls are ordered to complete their telephone/email settlement negotiations by Friday, September 4, 2015. If all of the above cases are not resolved by the close of business that day, counsel for Plaintiffs and Huntington Ingalls shall meet in person on or before September 18, 2015.  The Court will hold a status telephone call at 9:00 a.m. on September 23, 2015.

    **IT IS SO ORDERED.**

Dated: August 19, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge