BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of DONALD FOUNDS, Deceased,<br><br>            Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), *et al.*,<br><br>            Defendants. | No. 3:11-cv-02212-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC. are hereby dismissed with prejudice.

Dated: September 28, 2015          By: _____
                                              Charles R. Bryer
                                              United States District Judge