UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>    Defendants. | Case No. 11-cv-02212-CRB   (JSC)<br><br>**ORDER REQUIRING SETTLEMENT STATUS UPDATE** |

The Court's understanding is that Bath Iron Works is the only defendant remaining in this action. On or before February 17, 2016, Plaintiff shall provide the Court with a written update (emailed to jscpo@cand.uscourts.gov and copied to defendant) on the status of the parties' settlement negotiations.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge