**BRAYTON◆PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heir of DONALD FOUNDS, Deceased,<br><br>       Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), *et al.*,<br><br>       Defendants. | No. 3:11-cv-02212-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., erroneously sued as and formerly known as TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant PUGET SOUND COMMERCE CENTER, INC., erroneously sued as and formerly known as TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 21, 2017      By:_____

                                    Charles R. Bryer
                                    United States District Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., erroneously sued as and formerly known as TODD SHIPYARDS CORPORATION